## THE STATE v. T. J. STEWART.

Indictment charged that defendant "did play at a game with cards in a certain house in the town of P., said house being then and there a gaming house, and commonly resorted to for gaming." *Held*, that the indictment conforms to the statute, and is sufficiently certain.

ERROR from Denton. Tried below before the Hon. C. C. Binkley.

The exceptions made and sustained in the court below were that the indictment did not designate the house or place where the game was played ; that it charged no offense against the laws of the State; and that it did not apprise the defendant of the charge he was called upon to answer.

*W. Alexander, Attorney General*, for the State.

No brief for defendant in error.

WALKER, J.—The objections made to the indictment in this case would lie rather against the Legislature than the pleader.

The indictment is drawn in close conformity to Articles 409 and 410 of the Penal Code. (Paschal's Digest, 2044, 2045.)

The judgment of the district court in quashing the indictment was erroneous. It is therefore reversed, and the cause remanded.

REVERSED AND REMANDED.